STATE OF CONNECTICUT *v.* CONNIE J. ALSTON

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 571, is denied.

*Eugene J. Riccio,* public defender, in support of the petition.

*Donald A. Browne,* state's attorney, with whom, on the brief, was *Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided January 16, 1986

LAWRENCE CARFORA *v.* GLOBE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 5 Conn. App. 526, is denied.

*William F. Gallagher* and *Robert J. Gillooly,* in support of the petition.

*Charles A. Sherwood* and *Joseph R. Mirrione,* in opposition.

Decided January 24, 1986

JOSEPH N. THOMAS *v.* CARPENTER
TECHNOLOGY CORPORATION

The defendant's petition for certification for appeal from the Appellate Court is denied.

*William C. Brown* and *Thomas H. Winslow,* in support of the petition.

Decided January 24, 1986